1  XAVIER BECERRA
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  ANNE E. WADDELL, State Bar No. 311388
   ALLISON M. LOW, State Bar No. 273202
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 510-3589
6    Fax: (415) 703-5843
     E-mail: Allison.Low@doj.ca.gov
7  *Attorneys for Specially Appearing Defendant
   Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES A. MILLER, | 3:16-cv-02431 EMC |
| Plaintiff, | STIPULATED REQUEST TO CLARIFY THE COURT'S DOCKET RE: DEFENDANT WILLIAMS |
| v. | |
| | [~~PROPOSED~~] ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

**TO THE HONORABLE JUDGE EDWARD M. CHEN:**

The parties met, conferred, agreed, and hereby jointly request that the Court remove Dr. G. Williams from its docket as an active Defendant.

Plaintiff Charles A. Miller filed this action in Monterey County Superior Court and claimed, in relevant part, that Dr. Williams provided inappropriate care, consultation, and treatment of Plaintiff's knee condition during a telemedicine appointment on or about July 30, 2015. (ECF No. 1-2 at 8.) Following Defendants' removal of the action to federal court, this Court screened Plaintiff's complaint and found cognizable against Dr. Williams two claims under

1

1 the Eighth Amendment for deliberate indifference to Plaintiff's allegedly serious medical needs
2 for (1) a total-knee replacement surgery and (2) adequate pain medication. (ECF No. 30 at 4–5.)
3      On January 24, 2018, the Court granted in part Defendants' summary-judgment motion.
4 (ECF No. 134.) The Court found "no reasonable jury could find in favor of [Plaintiff's] claim
5 that Dr. Williams acted with deliberate indifference to his serious medical needs" with respect to
6 his allegedly inappropriate handling of Plaintiff's request for total-knee-replacement surgery. (Id.
7 at 24–25.) The Court further found that Dr. Williams was entitled to qualified immunity for
8 Plaintiff's total-knee-replacement claim, ~~and also that all Defendants were entitled to qualified~~
9 ~~immunity for Plaintiff's pain-medication claims under the Eighth Amendment.~~ (Id. at 31–32, 36.) [initialed AML 6/15/18]
10      The parties thus agree that Plaintiff maintains no active claims against Dr. Williams and Dr.
11 Williams should be removed from the Court's docket as an active Defendant.

13 Dated: June 12th, 2018

[handwritten: Only As modified.]

Respectfully submitted,

/s/ Charles A. Miller
CHARLES A. MILLER
*Plaintiff in Pro Se*

18 Dated: June 6, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
ANNE E. WADDELL
Deputy Attorney General

/s/ Allison M. Low
ALLISON M. LOW
Deputy Attorney General
*Attorneys for Specially Appearing Defendant Williams*

2

Stip. Req. to Clarify Court's Dkt. re: Def. Williams (3:16-cv-02431 EMC)

**[PR~~OPO~~SED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Court's clerk shall update the Court's docket to reflect that Defendant G. Williams was terminated from this action on January 24, 2018, the date that the Court partially granted Defendants' summary-judgment motion.

Dated: 6/22/2018



The Honorable Edward M. Chen
United States Judge

SF2016400413
42005204.docx

3

Stip. Req. to Clarify Court's Dkt. re: Def. Williams (3:16-cv-02431 EMC)

# CERTIFICATE OF SERVICE

Case Name:   <u>**Charles A. Miller v. CDCR, et al.**</u>   Case No.   <u>**3:16-cv-02431 EMC**</u>

I hereby certify that on <u>June 18, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATED REQUEST TO CLARIFY THE COURT'S DOCKET RE: DEFENDANT WILLIAMS; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 18, 2018</u>, at San Francisco, California.

|  |  |
|---|---|
| G. Pang | */s/ G. Pang* |
| Declarant | Signature |

SF2016400413
42010218.docx