Xavier Becerra
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Anne E. Waddell
Deputy Attorney General
Allison M. Low
Deputy Attorney General
State Bar No. 273202
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3589
  Fax: (415) 703-5480
  E-mail: Allison.Low@doj.ca.gov
*Attorneys for Defendants
California Department of Corrections and
Rehabilitation, Ahmed, Bright, DeLuna, Hall, and
Posson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHARLES A. MILLER,** | Case No. 3:16-cv-02431 EMC |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

///

///

///

1

Stip. Voluntary Dismissal (3:16-cv-02431 EMC)

Plaintiff Charles A. Miller (CDCR No. P-11107) and Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 9/4/2019  By: _____
Charles A. Miller, Plaintiff
CDCR No. P-11107

Dated: _____  By: _____
H.F. Layton
H.F. Layton Law Office
Counsel for Plaintiff (for a limited purpose)

Dated: 9/4/19  By: _____
Allison M. Low, Deputy Attorney General
Anne E. Waddell, Deputy Attorney General
Counsel for Defendants

SF2016400413
21602795.docx

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 9/9/2019

2

Stip. Voluntary Dismissal (3:16-cv-02431 EMC)